## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| UNIQUE FABRICATING, INC., | Case No. 23-11824 (KBO) |
| Debtor. | |
| In re: | Chapter 7 |
| UNIQUE FABRICATING NA, INC., | Case No. 23-11825 (KBO) |
| Debtor. | |
| In re: | Chapter 7 |
| UNIQUE FABRICATING SOUTH, INC., | Case No. 23-11826 (KBO) |
| Debtor. | |
| In re: | Chapter 7 |
| UNIQUE PRESCOTECH, INC., | Case No. 23-11827 (KBO) |
| Debtor. | |
| In re: | Chapter 7 |
| UNIQUE-CHARDAN, INC., | Case No. 23-11828 (KBO) |
| Debtor. | |

30994654.2

| | |
|---|---|
| In re: | Chapter 7 |
| UNIQUE MOLDED FOAM TECHNOLOGIES, INC., | Case No. 23-11829 (KBO) |
| Debtor. | |
| In re: | Chapter 7 |
| UNIQUE-INTASCO USA, INC., | Case No. 23-11830 (KBO) |
| Debtor. | |
| In re: | Chapter 7 |
| UNIQUE FABRICATING REALTY, LLC, | Case No. 23-11831 (KBO) |
| Debtor. | |

## GLOBAL NOTES, METHODOLOGY AND SPECIFIC DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

### Introduction

The above-captioned debtors (collectively, the "**Debtors**") with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**Statements**, and together with the Schedules, the "**Schedules and Statements**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These Global Notes, Methodology and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of the Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements have been signed by Brian Loftus, the duly authorized and designated representative of the Debtors (the "**Designated Representative**"). The Designated Representative has relied upon the efforts, statements, and representations of various personnel employed

by the Debtors and their advisors, and has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

## Global Notes

1.  Except where otherwise noted the information provided herein is presented as of the beginning of business on November 8, 2023 (the "**Petition Date**").

2.  While the Debtors have made every reasonable effort to ensure that the Schedules and Statements are accurate and complete, based upon information that was available at the time of preparation, inadvertent errors or omissions may exist and the subsequent receipt of information and/or further review and analysis of the Debtors' books and records may result in changes to financial data and other information contained in the Schedules and Statements. Moreover, because the Schedules and Statements contain unaudited information, which is subject to further review and potential adjustment, there can be no assurance that the Schedules and Statements are complete or accurate.

3.  The Debtors reserve the right to amend the Schedules and Statements as may be necessary or appropriate in the Debtors' sole and absolute discretion, including, but not limited to, the right to assert offsets or defenses to (which rights are expressly preserved), or to dispute, any claim reflected on the Schedules as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated." These Global Notes will apply to all such amendments. Furthermore, nothing contained in the Schedules shall constitute a waiver of the Debtors' rights with respect to these chapter 7 cases and specifically with respect to any issues involving substantive consolidation, equitable subordination and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers, or an admission relating to the same.

4.  Any failure to designate a claim listed on the Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent" or "unliquidated." Additionally, the dollar amounts of claims listed may be exclusive of contingent and additional unliquidated amounts. Further, the claims of individual creditors are listed as the amounts entered on the Debtors' books and records and may not reflect credits or allowances due from such creditors to the Debtors or setoffs applied by such creditors against amounts due by such creditors to the Debtors with respect to other transactions between them. The Debtors reserve all of their rights with respect to any such credits and allowances.

5.  Some of the Debtors' scheduled assets and liabilities are unknown and/or unliquidated. In such cases, no amounts are listed or the amounts are listed as "undetermined," "unknown," "none calculated" or to similar effect. Accordingly, for this and other reasons the Schedules may not fully reflect the aggregate amount of the Debtors' assets and liabilities.

6.  At times, the preparation of the Schedules and the Statements required the Debtors to make assumptions that may affect the reported amounts of assets and liabilities, the disclosures of contingent assets and liabilities, and/or other items. Actual results could differ from those estimates. Pursuant to Fed. R. Bankr. P. 1009, the Debtors may amend the Schedules as they deem necessary and appropriate to reflect material changes. In addition, the Debtors, for the benefit of

their estates, reserves the right to dispute or to assert offsets or defenses to any claim listed on the Schedules.

7.  Given the differences between the information requested in the Schedules and the financial information utilized under generally accepted accounting principles in the United States ("**GAAP**"), the aggregate asset values and claim amounts set forth in the Schedules may not necessarily reflect the amounts that would be set forth in a balance sheet prepared in accordance with GAAP.

8.  With respect to Schedule A/B, questions 6-8, the advance fee amount paid by Unique Fabricating NA, Inc. to the Debtors' bankruptcy counsel, Young Conway Stargatt & Taylor, LLP, and financial advisor, GlassRatner Advisory & Capital Group, LLC dba B. Riley Advisory Services, on an earned upon receipt basis does not constitute an interest of the Debtors in property and is thus not listed in response to Schedule B, questions 6-8. This payment is listed in response to Statement question 11.

9.  With respect to Schedule A/B, questions 38-41, the Debtors have not verified the physical existence of all assets listed in response thereto; it is possible at least some assets may have been discarded, disposed of, or otherwise transferred or abandoned prior to the Petition Date.

10. With respect to Schedule A/B, question 73, the Debtors were provided coverage under various insurance policies as of the Petition Date, but did not ascribe a book value to any of their insurance policies.

11. With respect to Schedule A/B, questions 74 and 75, the Debtors have not listed all causes of action against third parties, although it is possible such causes of action may exist. Among other things, the Debtors have not analyzed and listed any potential actions arising under chapter 5 of the Bankruptcy Code. The Debtors on behalf of their estates, reserve all of their rights with respect to any causes of action they may have, whether or not listed as assets in the Schedules and Statements, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such causes of action.

12. The claims listed on Schedule D arose or were incurred on various dates; a determination of the date upon which each claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, such dates are not included. All claims listed on Schedule D, however, were incurred before the Petition Date. Reference to the applicable loan agreements and related documents or other instrument creating the purported lien is necessary for a complete description of the collateral and the nature, extent, and priority of liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. Except as specifically stated on Schedule D, real property lessors, utility companies, equipment lessors, and other parties that may hold security deposits have not been listed on Schedule D. Nothing herein shall be construed as an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract. Moreover, the Debtors have not included on Schedule D parties that may believe their claims are secured through setoff rights, letters of credit, surety bonds, or statutory lien rights.

13.    The Debtors have used reasonable efforts to report all general unsecured claims against the Debtors on Schedule E/F, based upon the Debtors' books and records as of the Petition Date.

14.    Determining the date upon which each claim on Schedule E/F part was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each claim listed on Schedule E/F. Furthermore, claims listed on Schedule E/F may have been aggregated by unique creditor name and remit to address and may include several dates of incurrence for the aggregate balance listed.

15.    The Debtors have not determined whether, and to what extent, any of the creditors identified on Part 1 of Schedule E/F are actually entitled to priority under section 507 of the Bankruptcy Code. The Debtors reserve the right to assert that claims identified on Part 1 of Schedule E/F are not claims that are entitled to priority.

16.    With respect to Schedule E/F, the Debtors have not included taxing authorities that might assert claims in currently unknown amounts.

17.    The Debtors, on behalf of their estates, hereby reserve all of their rights to dispute the validity, status or enforceability of any contract, agreement, lease or document set forth on Schedule G, including but not limited to those that may have expired or may have been modified, amended, and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments, and agreements which may not be listed on Schedule G. Any contract, agreement, lease or document listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth on Schedule G. Certain executory agreements may not have been memorialized in writing and could be subject to dispute. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of business, such as supplemental agreements, amendments/letter agreements, and/or confidentiality agreements. Such documents may not be set forth on Schedule G. The Debtors, on behalf of their estates, reserve all of their rights to dispute or challenge the characterization of the structure of any transaction, or any document or instrument related to a creditor's claim. In the ordinary course of business, the Debtors may have entered into agreements, written or oral, for the provision of certain services on a short-term or at-will basis. Such contracts may not be included on Schedule G. However, the Debtors, on behalf of their estates, reserve their rights to assert that such agreements constitute executory contracts.

18.    Listing a contract, lease, agreement or other document on Schedule G does not constitute an admission that such contract, lease, agreement or other document is an executory contract or unexpired lease, and omitting any contract, lease, agreement or other document from Schedule G does not constitute an admission that such contract or agreement is not an executory contract or unexpired lease. On behalf of their estates, the Debtors reserve all rights to challenge whether any of the listed contracts, leases, agreements or other documents constitute an executory contract or unexpired lease, and to add additional contracts, leases, agreements or other documents to Schedule G. Any and all of the Debtors' rights, claims and causes of action with respect to the contracts and agreements listed on Schedule G are hereby reserved and preserved.

19.   With respect to Statement question 1, although the Debtors remained operational until November 8, 2023 as noted in response to question 1, gross revenue is presented through and including October 31, 2023, the most recent month-end close. Gross revenue is presented without netting for operating expenses.

20.   Statement 3 includes any disbursement or other transfer made by or on behalf of all the Debtors within 90 days before the Petition Date except for those made to insiders (which payments appear in response to Statement 4) and made as part of regular and ordinary course payroll disbursements.

21.   With respect to Statement questions 4 and 30, the listing of any person or entity is not intended to be nor shall it be construed as a legal characterization of such party as an insider, and does not act as an admission of any fact, claim, right or defense, and all such rights, claims and defenses are hereby reserved by both the Debtors and such persons or entities.

22.   With respect to Statement question 4, the amount of compensation paid to the officers and directors of the Debtors during the period stated therein is listed therein in aggregate form.  In addition, certain expense reimbursement information has not been provided because the Debtors are no longer able to access the software used to record and track employee expense reimbursements. More detailed information can be obtained from the Debtors' books and records.

23.   With respect to Statement question 6, in the ordinary course of business certain of the Debtors' creditors may have setoff all or part of amounts owed by the Debtors against security deposits, retainers or payables owed to the Debtors.  The Debtors did not historically maintain a record of such setoffs, so they are not listed.  Additionally, bank fees deducted from bank accounts of the Debtors are not listed in response to Statement question 6.

24.   With respect to Statement question 10, the Debtors occasionally incur losses for a variety of reasons, including theft and property damage.  The Debtors, however, do not have records of losses that do not have a material impact on the Debtors' businesses or are not reported for insurance purposes.

25.   With respect to Statement question 21, the Debtors have endeavored to identify all tooling held by the Debtors but owned by their customers. However, the Debtors submit that conducting a full inventory of all customer-owned tooling would be unduly burdensome and cost prohibitive. Accordingly, the Debtors' response to Statement question 21 may not include all customer-owned tooling.

26.   With respect to Statement questions 26(a) through 26(c), the Debtors have excluded rank and file accountants and bookkeepers in response to this question, instead listing the officer who supervised them.

27.   With respect to Statement question 26(d), the Debtors have provided financial statements in the ordinary course of their businesses to various financial institutions, creditors, landlords, and other parties within two years immediately before the Petition Date.  Considering the number of such recipients and the possibility that such information may have been shared with parties without the Debtors' knowledge or consent or subject to confidentiality agreements, the Debtors have not disclosed any parties that may have received such financial statements for the purposes of Statement 26d.

28.   With respect to Statement question 27, the amounts listed in response to this question include deductions on account of excess and obsolete inventory.  Additionally, the Debtors' records only show information related to the one-year period prior to the Petition Date.

29.   With respect to Statement question 28, all of the Debtors' officers and directors were terminated or resigned from those positions effective upon, or shortly after, the filing of the Debtors' bankruptcy cases, but are listed herein to the extent still in those positions as of the filing of the Debtors' chapter 7 bankruptcy petitions.  Prior to their resignation, the board designated the Designated Representative to complete certain specified tasks related to these chapter 7 cases notwithstanding such resignations, including completion of the Schedules and Statements.

30.   With respect to Statement question 30, the amount of compensation paid to the officers and directors of the Debtors during the period stated therein is listed in response to Statement question 4.  More detailed information can be obtained from the Debtors' books and records.

31.   The Debtors and their past or present officers, employees, attorneys, professionals and agents (including, but not limited to, the Designated Representative), do not guarantee or warrant the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein.  The Debtors and their past or present officers, employees, attorneys, professionals and agents (including, but not limited to, the Designated Representative) expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised or re-categorized.  In no event shall the Debtors or their past or present officers, employees, attorneys, professionals and/or agents (including, but not limited to, the Designated Representative) be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of any potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused arising from or related to any information provided herein or omitted herein.

**Fill in this information to identify the case:**

Debtor    Unique Fabricating South, Inc.

United States Bankruptcy Court for the:    District of Delaware

Case number    23-11826
(if known)

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
|---------|-------------------|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $8,300,000.00 |
|---|

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $11,795,693.98 |
|---|

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $20,095,693.98 |
|---|

| Part 2: | Summary of Liabilities |
|---------|------------------------|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .

| $42,851,740.22 |
|---|

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $25,476.18 |
|---|

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F . . . . . . . . . . . . . .

| + | $2,333,856.53 |
|---|---|

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
    Lines 2 + 3a + 3b

| $45,211,072.93 |
|---|

**Fill in this information to identify the case:**

Debtor    Unique Fabricating South, Inc.

United States Bankruptcy Court for the:    District of Delaware

Case number    23-11826
(if known)

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    CASH AND CASH EQUIVALENTS

1. **DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **CASH ON HAND**
   NONE

3. **CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS**
   *(IDENTIFY ALL)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.    BANK OF LAFAYETTE | CHECKING | 2300 | $181.77 |

4. **OTHER CASH EQUIVALENTS**
   NONE

5. Total of Part 1.
   ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE TOTAL TO LINE 80.    **$181.77**

### Part 2:    DEPOSITS AND PREPAYMENTS

6. **DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**
   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS**

   DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT
   NONE

Debtor    Unique Fabricating South, Inc.    Case number (if known) 23-11826
         (Name)

| | Current value of debtor's interest |
|---|---|
| **8. PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT** | |
| DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT | |
| 8.1. TRADE VENDOR - ASBURY CARBONS | $102,115.98 |
| 8.2. TRADE VENDOR - CASH IN ADVANCE OF RECEIPT OF GOODS - ARMACELL LLC | $71,775.75 |
| 8.3. TRADE VENDOR - CASH IN ADVANCE OF RECEIPT OF GOODS - AVERY DENISON SPECIALTY TAPE | $4,043.25 |
| 8.4. TRADE VENDOR - CASH IN ADVANCE OF RECEIPT OF GOODS - BERRY SPECIALTY TAPES LLC | $32,473.41 |
| 8.5. TRADE VENDOR - CASH IN ADVANCE OF RECEIPT OF GOODS - BOSTIK INCORPORATE | $6,495.00 |
| 8.6. TRADE VENDOR - CASH IN ADVANCE OF RECEIPT OF GOODS - COATING & CONVERTING, TECHNOLOGIES | $8,236.80 |
| 8.7. TRADE VENDOR - CASH IN ADVANCE OF RECEIPT OF GOODS - ECORE INTERNATIONAL | $9,300.00 |
| 8.8. TRADE VENDOR - CASH IN ADVANCE OF RECEIPT OF GOODS - EFC INTERNATIONAL | $67,719.80 |
| 8.9. TRADE VENDOR - CASH IN ADVANCE OF RECEIPT OF GOODS - FXI FOAMEX INNOVATIONS | $890.09 |
| 8.10. TRADE VENDOR - CASH IN ADVANCE OF RECEIPT OF GOODS - INDRATECH | $10,156.92 |
| 8.11. TRADE VENDOR - CASH IN ADVANCE OF RECEIPT OF GOODS - INDUSTRY PRODUCTS COMPANY | $633.96 |
| 8.12. TRADE VENDOR - CASH IN ADVANCE OF RECEIPT OF GOODS - KRISTOFOAM INDUSTRIES, INCORPORATED | $220.30 |
| 8.13. TRADE VENDOR - CASH IN ADVANCE OF RECEIPT OF GOODS - L&L PRODUCTS | $467.49 |
| 8.14. TRADE VENDOR - CASH IN ADVANCE OF RECEIPT OF GOODS - LAWSON ELECTRIC COMPANY | $3,500.00 |
| 8.15. TRADE VENDOR - CASH IN ADVANCE OF RECEIPT OF GOODS - NHK INTEX CORPORATION | $14,376.82 |
| 8.16. TRADE VENDOR - CASH IN ADVANCE OF RECEIPT OF GOODS - NITTO INCORPORATED | $21,232.65 |
| 8.17. TRADE VENDOR - CASH IN ADVANCE OF RECEIPT OF GOODS - OWENS CORNING | $34,708.57 |
| 8.18. TRADE VENDOR - CASH IN ADVANCE OF RECEIPT OF GOODS - ROGERS CORPORATION | $29,789.44 |
| 8.19. TRADE VENDOR - CASH IN ADVANCE OF RECEIPT OF GOODS - TROCELLEN GMBH | $97,707.17 |
| 8.20. TRADE VENDOR - CASH IN ADVANCE OF RECEIPT OF GOODS - ULTRAFABRICS INCORPORATED | $5,204.47 |
| 8.21. TRADE VENDOR - CASH IN ADVANCE OF RECEIPT OF GOODS - VISION MACHINE WORKS INC. | $5,895.00 |
| 8.22. TRADE VENDOR - CASH IN ADVANCE OF RECEIPT OF GOODS - WHITLAM LABEL COMPANY, INCORPORATED | $1,308.25 |
| 8.23. TRADE VENDOR - CASH IN ADVANCE OF RECEIPT OF GOODS - WOODBRIDGE INOAC TECHNICAL PRODUCTS SOLUTIONS, LLC | $7,380.00 |
| **9 Total of Part 2.** ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81. | $535,631.12 |

**Part 3:    ACCOUNTS RECEIVABLE**

**10.  DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

| | | | | Current value of debtor's interest |
|---|---|---|---|---|
| **11. ACCOUNTS RECEIVABLE** | | | | |
| FACE AMOUNT - 90 DAYS OR LESS | $4,148,046.16 <br> face amount | $234,037.83 <br> doubtful or uncollectable accounts | = ➔ | $3,914,008.33 |
| FACE AMOUNT - OVER 90 DAYS | $2,781,521.30 <br> face amount | $2,781,521.30 <br> doubtful or uncollectable accounts | = ➔ | $0.00 |

Debtor    Unique Fabricating South, Inc.

(Name)

Case number (if known) 23-11826

| | | |
|---|---|---|
| **12** | **Total of Part 3.**<br>CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82. | $3,914,008.33 |

| **Part 4:** | **INVESTMENTS** |
|---|---|

**13. DOES THE DEBTOR OWN ANY INVESTMENTS?**

☐ No. Go to Part 5.
☑ Yes. Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **14.** | **MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1**<br>NAME OF FUND OR STOCK: | | |
| **15.** | **NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE** | | |

Name of entity                                                    % of ownership

15.1.    UNIQUE FABRICATING DE MEXICO, S.A. DE C.V        1%        MARKET VALUE        UNDETERMINED

| **16.** | **GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1**<br>DESCRIBE: | | |
|---|---|---|---|

| | | |
|---|---|---|
| **17** | **Total of Part 4.**<br>ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83. | UNDETERMINED |

| **Part 5:** | **INVENTORY, EXCLUDING AGRICULTURE ASSETS** |
|---|---|

**18. DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| **19.** | **RAW MATERIALS** | | | | |
| | 19.1.    FABRIC, FOAM, RESIN, CHEMICALS, TAPE | 6/30/2023 | $1,616,526.34 | COST | $1,616,526.34 |
| **20.** | **WORK IN PROGRESS** | | | | |
| | 20.1.    FABRIC, FOAM, MOLDED PARTS | 6/30/2023 | $210,615.33 | COST | $210,615.33 |
| **21.** | **FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE** | | | | |
| | 21.1.    AUTOMOTIVE PARTS | 6/30/2023 | $500,220.11 | COST | $500,220.11 |
| **22.** | **OTHER INVENTORY OR SUPPLIES** | | | | |
| | 22.1.    MRO | 6/30/2023 | $0.00 | COST | $0.00 |

| | | |
|---|---|---|
| **23** | **Total of Part 5.**<br>ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84. | $2,327,361.78 |

**24.** Is any of the property listed in Part 5 perishable?
☑ No
☐ Yes

**25.** Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?
☐ No
☑ Yes    Book value  Unknown        Valuation method  Cost                        Current value Unknown

| Debtor | Unique Fabricating South, Inc. | Case number (if known) | 23-11826 |
| --- | --- | --- | --- |
| | (Name) | | |

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☒ Yes

---

| **Part 6:** | **FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)** |
| --- | --- |

**27.** **DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?**
☒ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **28. CROPS—EITHER PLANTED OR HARVESTED** | | | |
| **29. FARM ANIMALS EXAMPLES: LIVESTOCK, POULTRY, FARM-RAISED FISH** *EXAMPLES:* LIVESTOCK, POULTRY, FARM-RAISED FISH | | | |
| **30. FARM MACHINERY AND EQUIPMENT  (OTHER THAN TITLED MOTOR VEHICLES)** (OTHER THAN TITLED MOTOR VEHICLES) | | | |
| **31. FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED** | | | |
| **32. OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6** | | | |

| 33 | Total of Part 6. ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85. | NOT APPLICABLE |
| --- | --- | --- |

**34.** **Is the debtor a member of an agricultural cooperative?**
☒ No
☐ Yes.  Is any of the debtor's property stored at the cooperative ?
　　☐ No
　　☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**
☒ No
☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

| **Part 7:** | **OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES** |
| --- | --- |

**38.** **DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?**
☐ No. Go to Part 8.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **39. OFFICE FURNITURE** | | | |
| 39.1.    VARIOUS OFFICE FURNITURE | $0.00 | NET BOOK VALUE | $0.00 |
| **40. OFFICE FIXTURES** | | | |
| NONE | | | |
| **41. OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE** | | | |
| 41.1.    COMPUTER HARDWARE, SOFTWARE, IT EQUIPMENT | $34,887.34 | NET BOOK VALUE | $34,887.34 |

| Debtor | Unique Fabricating South, Inc. | Case number (if known) | 23-11826 |
|---|---|---|---|
| | (Name) | | |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 42. | **COLLECTIBLES** *EXAMPLES:* ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES | | | |
| | **NONE** | | | |

| 43 | **Total of Part 7.** ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86. | | | $34,887.34 |
|---|---|---|---|---|

| 44. | **Is a depreciation schedule available for any of the property listed in Part 7?** ☐ No ☒ Yes |
|---|---|

| 45. | **Has any of the property listed in Part 7 been appraised by a professional within the last year?** ☒ No ☐ Yes |
|---|---|

| **Part 8:** | **MACHINERY, EQUIPMENT, AND VEHICLES** |
|---|---|

| 46. | **DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?** ☐ No. Go to Part 9. ☒ Yes. Fill in the information below. |
|---|---|

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| 47.1. | 1999 GMC C6 CARGO VAN, VIN #1GDJ6H1C3XJ520560 | $0.00 | NET BOOK VALUE | $0.00 |
| 47.2. | 2009 INTERNATIONAL BOX TRUCK, VIN #1HTMMAAL19H107516 | $0.00 | NET BOOK VALUE | $0.00 |
| 48. | **WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES** EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS | | | |
| | **NONE** | | | |
| 49. | **AIRCRAFT AND ACCESSORIES** | | | |
| | **NONE** | | | |
| 50. | **OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | | |
| 50.1. | MACHINERY AND EQUIPMENT | $4,983,623.64 | NET BOOK VALUE | $4,983,623.64 |

| 51 | **Total of Part 8.** ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87. | | | $4,983,623.64 |
|---|---|---|---|---|

| 52. | **Is a depreciation schedule available for any of the property listed in Part 8?** ☐ No ☒ Yes |
|---|---|

| 53. | **Has any of the property listed in Part 8 been appraised by a professional within the last year?** ☒ No ☐ Yes |
|---|---|

Debtor    Unique Fabricating South, Inc.                    Case number (if known)  23-11826

(Name)

| Part 9: | REAL PROPERTY |
|---|---|

**54.    DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

**55.    ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   LAND & BUILDING<br>300 WEST MCCARTER ROAD,<br>LAFAYETTE, GEORGIA 30728<br>PARCEL ID: 12182C A001 | OWNED | $1,413,946.52 | APPRAISAL (11/16/2022)<br>BY BBG REAL ESTATE<br>SERVICES | $4,020,000.00 |
| 55.2.   LAND & BUILDING<br>301 WEST MCCARTER ROAD,<br>LAFAYETTE, GEORGIA 30728<br>PARCEL ID: 10031 028<br>INDUSTRIAL PROPERTY | OWNED | $4,057,612.31 | APPRAISAL (11/16/2022)<br>BY BBG REAL ESTATE<br>SERVICES | $4,280,000.00 |

| 56 | Total of Part 9.<br>ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88. | $8,300,000.00 |
|---|---|---|

**57.    Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58.    Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 10: | INTANGIBLES AND INTELLECTUAL PROPERTY |
|---|---|

**59.    DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?**

☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.    PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| **61.    INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| **62.    LICENSES, FRANCHISES, AND ROYALTIES** | | | |
| **63.    CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS** | | | |
| **64.    OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY** | | | |
| **65.    GOODWILL** | | | |

| 66 | Total of Part 10.<br>ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89. | NOT APPLICABLE |
|---|---|---|

**67.    Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☑ No
☐ Yes

| Debtor | Unique Fabricating South, Inc. | Case number (if known) | 23-11826 |
|---|---|---|---|
| | (Name) | | |

---

**68.** Is there an amortization or other similar schedule available for any of the property listed in Part 10?
- ☒ No
- ☐ Yes

**69.** Has any of the property listed in Part 10 been appraised by a professional within the last year?
- ☒ No
- ☐ Yes

---

**Part 11:    ALL OTHER ASSETS**

---

**70.  DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?**
INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM.
- ☒ No. Go to Part 12.
- ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **71.  NOTES RECEIVABLE** | |
| DESCRIPTION (INCLUDE NAME OF OBLIGOR) | |
| **72.  TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)** | |
| DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL) | |
| **73.  INTERESTS IN INSURANCE POLICIES OR ANNUITIES** | |
| **74.  CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)** | |
| **75.  OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS** | |
| **76.  TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY** | |
| **77.  OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED  EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP** *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP | |
| **78** Total of Part 11.<br>ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90. | NOT APPLICABLE |

**79.** Has any of the property listed in Part 11 been appraised by a professional within the last year?
- ☒ No
- ☐ Yes

---

**Part 12:    Summary**

---

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.  Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $181.77 | |
| **81.  Deposits and prepayments.** *Copy line 9, Part 2.* | $535,631.12 | |
| **82.  Accounts receivable.** *Copy line 12, Part 3.* | $3,914,008.33 | |
| **83.  Investments.** *Copy line 17, Part 4.* | UNDETERMINED | |
| **84.  Inventory.** *Copy line 23, Part 5.* | $2,327,361.78 | |

Debtor    Unique Fabricating South, Inc.                    Case number (if known) 23-11826

(Name)

| | | |
|---|---|---|
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $34,887.34 |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $4,983,623.64 |
| 88. | **Real property.** *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ➔ | | $8,300,000.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | |
| 90. | **All other assets.** *Copy line 78, Part 11.* ✛ | |
| 91. | **Total.** Add lines 80 through 90 for each column . . . . . . . . 91a. | $11,795,693.98 ✛ 91b. | $8,300,000.00 |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $20,095,693.98 |

| Fill in this information to identify the case: |
|---|
| Debtor    Unique Fabricating South, Inc. |
| United States Bankruptcy Court for the:    District of Delaware |
| Case number    23-11826<br>(if known) |

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

1.   **1.**   **Do any creditors have claims secured by debtor's property?**
     ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules . Debtor has nothing else to report on this form.
     ☑ Yes. Fill in all of the information below.

| **Part 1:** | **List All Creditors with Secured Claims** |
|---|---|

2.   **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** | **Creditor's name**<br>CITIZENS BANK, NATIONAL ASSOCIATION, AGENT<br><br>**Creditor's mailing address**<br>28 STATE STREET<br>BOSTON, MA 02109<br><br>**Creditor's email address**<br>MICHAEL.FLYNN@CITIZENSBANK.COM<br><br>**Date or dates debt was incurred**<br>4/29/2016<br><br>**Last 4 digits of account number: 1400**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS<br><br>**Describe the lien**<br>FIRST LIEN REVOLVING CREDIT FACILITY/TERM LOANS/LETTER OF CREDIT<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | $42,851,740.22 | UNDETERMINED |

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $42,851,740.22 |  |
|---|---|---|---|

| Debtor | Unique Fabricating South, Inc. | Case number (if known) | 23-11826 |
| | (Name) | | |

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and Address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for ths entity |
|---|---|---|
| A.O. SMITH CORPORATION<br>ATTN: DIRECTOR OF SOURCING, NA WATER HEATING<br>1100 EAST FAIRVIEW AVENUE<br>JOHNSON CITY, TN 37601 | Line 2.1 | |
| ADIENT US LLC<br>ATTN: DEPUTY GENERAL COUNSEL – COMMERCIAL<br>49200 HALYARD DRIVE<br>PLYMOUTH, MI 48170 | Line 2.1 | |
| COMERICA BANK<br>ATTN: J. VILLEMURE<br>3701 HAMLIN RD.<br>AUBURN HILLS, MI 48326 | Line 2.1 | |
| FCA USA LLC<br>ATTN: LISA CLARK, VP, SRM<br>1000 CHRYSLER DRIVE<br>AUBURN HILLS, MI 48326 | Line 2.1 | |
| FLAGSTAR BANK, FSB<br>ATTN: R. MARSH<br>5151 CORPORATE DRIVE<br>TROY, MI 48098 | Line 2.1 | |
| GENERAL MOTORS LLC<br>ATTN: MARCO CAPORICCI<br>29755 LOUIS CHEVROLET ROAD<br>WARREN, MI 48090-9020 | Line 2.1 | |
| KEYBANK NATIONAL ASSOCIATIONS<br>ATTN: S. BARTON<br>127 PUBLIC SQUARE<br>CLEVELAND, OH 44114 | Line 2.1 | |
| US FARATHANE, LLC<br>ATTN: R. TURTON, VP, PURCHASING<br>270 HIGH MEADOWS CIRCLE<br>AUBURN HILLS, MI 48326 | Line 2.1 | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Unique Fabricating South, Inc. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 23-11826 |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address**<br><br>CITY OF LAFAYETTE<br>PO BOX 89<br>LAFAYETTE, GA  30728<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $24,716.52 | $24,716.52 |
| 2.2 | **Priority creditor's name and mailing address**<br><br>DAVID MATTHEWS<br>83 CHESTNUT ST<br>TRION, GA  30753<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRIORITY EMPLOYEE CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $619.84 | $619.84 |
| 2.3 | **Priority creditor's name and mailing address**<br><br>JORDAN ROMINE<br>9936 FALCON CREST DRIVE<br>OOLTEWAH, TN  37363<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRIORITY EMPLOYEE CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $139.82 | $139.82 |

| Debtor | Unique Fabricating South, Inc. | Case number (if known) 23-11826 |
|---|---|---|
| | (Name) | |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Do any creditors have nonpriority unsecured claims?** (See 11 U.S.C. § 507.)

☐ No.
☑ Yes.

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br><br>3M<br>2807 PAYSPHERE CIR<br>CHICAGO, IL  60674<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RAW MATERIAL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $71,119.51 |

| 3.2 | **Nonpriority creditor's name and mailing address**<br><br>ADT, INCORPORATED - DO NOT USE -- PER TOM C 2.1.23<br>P.O. BOX 434<br>VILLA RICA, GA  30180<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PURCHASE PARTS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $630.00 |

| 3.3 | **Nonpriority creditor's name and mailing address**<br><br>AIR & HYDRAULIC EQUIPMENT, INCORPORATED<br>821 EAST 11TH STREET<br>CHATTANOOGA, TN  37403<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MRO/SUPPLIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $421.50 |

| 3.4 | **Nonpriority creditor's name and mailing address**<br><br>AIR POWER, INC.<br>1430 TRINITY AVENUE<br>HIGH POINT, NC  27260<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MRO/SUPPLIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $40.48 |

| 3.5 | **Nonpriority creditor's name and mailing address**<br><br>AIRGAS USA, LLC<br>2300 NORTH BURKHARDT ROAD<br>EVANSVILLE, IN  47715-2156<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MRO/SUPPLIES<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $763.20 |

Debtor  Unique Fabricating South, Inc.                                    Case number (if known) 23-11826
        (Name)

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.6 | **Nonpriority creditor's name and mailing address**<br><br>ALPHA ENGINEERED COMPOSITES, LLC<br>145 LEHIGH AVE<br>LAKEWOOD, NJ  08701<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RAW MATERIAL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,861.00 |

| 3.7 | **Nonpriority creditor's name and mailing address**<br><br>ARMACELL LLC<br>1004 KEISLER ROAD<br>CONOVER, NC  28613<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RAW MATERIAL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $22,894.67 |

| 3.8 | **Nonpriority creditor's name and mailing address**<br><br>ASSOCIATED BAG COMPANY<br>PO BOX 3285<br>MILWAUKEE, WI  53201-3285<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RAW MATERIAL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $457.06 |

| 3.9 | **Nonpriority creditor's name and mailing address**<br><br>ASSOCIATED MECHANICAL SERVICE, LLC<br>3315 CURTIS STREET<br>CHATTANOOGA, TN  37406<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SERVICE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $535.50 |

| 3.10 | **Nonpriority creditor's name and mailing address**<br><br>BARKER LANDSCAPING, LLC<br>221 AUBURN LANE<br>LAFAYETTE, GA  30728<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SERVICE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,275.00 |

| Debtor | Unique Fabricating South, Inc. | Case number (if known) | 23-11826 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| **3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $636.86 |
|---|---|---|---|

BAUMER OF AMERICA, INC.
425 MAIN ROAD
TOWACO, NJ  07082

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
EQUIPMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $66,530.04 |
|---|---|---|---|

BOX 1, INCORPORATED
PO BOX 882
DALTON, GA  30722

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SHIPPING MATERIAL

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $16,859.23 |
|---|---|---|---|

BRAUER MATERIAL HANDLING SYSTEMS
226 MOLLY WALTON DRIVE
HENDERSONVILLE, TN  37075

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
MRO/SUPPLIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,790.22 |
|---|---|---|---|

BRUNO ASSOCIATES
9 TOWER ROAD
SCOTIA, NY  12302

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
EQUIPMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,193.32 |
|---|---|---|---|

CAROLINA NONWOVENS LLC
1106 J.W. ABERNATHY PLANT ROAD
MAIDEN, NC  28650

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
RAW MATERIAL

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Unique Fabricating South, Inc. | | Case number (if known) | 23-11826 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.16 | **Nonpriority creditor's name and mailing address**<br><br>CCM DIE SUPPLY<br>531 CORNING WAY<br>MARTINSBURG, WV 25405<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TOOLING<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,897.99 |
|---|---|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address**<br><br>CIRCLE LOGISTICS, INC<br>PO BOX 8067<br>FORT WAYNE, IN 46898<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CARRIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $100,314.59 |
| 3.18 | **Nonpriority creditor's name and mailing address**<br><br>CMC CEVENINI USA<br>7602 ENERGY PARKWAY<br>CURTIS BAY, MD 21226<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MRO/SUPPLIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,027.17 |
| 3.19 | **Nonpriority creditor's name and mailing address**<br><br>CRESSWELL RICHARDSON<br>900 APPLING STREET<br>CHATTANOOGA, TN 37406<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MRO/SUPPLIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $160.55 |
| 3.20 | **Nonpriority creditor's name and mailing address**<br><br>CULLIGAN WATER SYSTEMS<br>2022 EAST POLYMER DRIVE<br>CHATTANOOGA, TN 37421<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MRO/SUPPLIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,266.30 |

| Debtor | Unique Fabricating South, Inc. | Case number (if known) | 23-11826 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.21 | **Nonpriority creditor's name and mailing address**<br><br>CURBELL PLASTICS INCORPORATED<br>1500 DISTRIBUTION COURT<br>SUITE 500<br>LITHIA SPRINGS, GA  30122<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MRO/SUPPLIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,986.63 |

| 3.22 | **Nonpriority creditor's name and mailing address**<br><br>DE LAGE LANDEN FINANCIAL SERVICES, INCORPORATED<br>PO BOX 41602<br>PHIADELPHIA, PA  19101-1602<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SERVICE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $383.75 |

| 3.23 | **Nonpriority creditor's name and mailing address**<br><br>DEPARTMENT OF HOMELAND SECURITY U.S.CUSTOMS<br>AND BORDER PROTECTION<br>FPF OFFICE<br>200 EAST BAY STREET<br>CHARLESTON, SC  29401<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SERVICE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,000.00 |

| 3.24 | **Nonpriority creditor's name and mailing address**<br><br>DESMA SCHUHMASCHINEN GMBH<br>DESMASTRA, 1<br>ACHIM  D-28832<br>GERMANY<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EQUIPMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $11,466.95 |

| 3.25 | **Nonpriority creditor's name and mailing address**<br><br>DETROIT OMNI<br>1301 WEST EASTERDAY<br>SAULT ST. MARIE, MI  49783<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RAW MATERIAL/OSP<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,500.00 |

| Debtor | Unique Fabricating South, Inc. | Case number (if known) | 23-11826 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $5,230.20 |
|---|---|---|---|

DIPOL AUTOMOTIVE S.A. DE CV
CALZ JUAN GIL PRECIADO #2450
INT. NAVE 5
0882 DEL. 10, 120 JAL
45134, ZAPOPAN, JAL  C.P. 45134
MEXICO

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
RAW MATERIAL

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $3,100.00 |
|---|---|---|---|

ECORE INTERNATIONAL
715 FOUNTAIN AVENUE
LANCASTER, PA  17608

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
RAW MATERIAL

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $52.25 |
|---|---|---|---|

EDGE-SWEETS COMPANY
2887 3 MILE ROAD NW
GRAND RAPIDS, MI  49534

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
MRO/SUPPLIES

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $24,367.50 |
|---|---|---|---|

FEDERAL-MOGUL POWERTRAIN LLC
1227 JOE BATTLE BOULEVARD
EL PASO, TX  79936

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
RAW MATERIAL

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $800.00 |
|---|---|---|---|

FIREFLOW SYSTEMS INCORPORATED
7711 HIGHWAY 151
LAFAYETTE, GA  30728

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SERVICE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

| Debtor | Unique Fabricating South, Inc. | Case Number (if known) 23-11826 |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.31** | **Nonpriority creditor's name and mailing address**

FIVE STAR FOOD SERVICE, INC.
248 ROLLINS INDUSTRIAL COURT
RINGGOLD, GA 30736

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SERVICE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,222.60

---

**3.32** | **Nonpriority creditor's name and mailing address**

FLUID COOLING SYSTEMS, LLC
2441 E. BRISTOL RD.
BURTON, MI 48529

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EQUIPMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,756.55

---

**3.33** | **Nonpriority creditor's name and mailing address**

FOSTEK CORPORATION
1001 BROAD STREET
BEDFORD, VA 24523

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RAW MATERIAL

**Is the claim subject to offset?**
☒ No
☐ Yes

$37,420.72

---

**3.34** | **Nonpriority creditor's name and mailing address**

GLOBAL ELECTRONIC SERVICES INCORPORATED
5325 PALMERO COURT
BUFORD, GA 30518

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MRO/SUPPLIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$503.80

---

**3.35** | **Nonpriority creditor's name and mailing address**

GLOBAL INDUSTRIAL
2505 MILL CENTER PARKWAY
BUFORD, GA 30518

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MRO/SUPPLIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,133.24

---

| Debtor | Unique Fabricating South, Inc. | Case number (if known) | 23-11826 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |

---

**3.36** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $4,994.27
| | *Check all that apply.*
GLUETEX GMBH
ZURICHER STRABE 17
KLETTGAU-ERZINGEN  D-79771
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** | **Basis for the claim:**
VARIOUS | RAW MATERIAL

**Last 4 digits of account number:** | **Is the claim subject to offset?**
| ☒ No
| ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $753.22
| | *Check all that apply.*
H&H HYDRAULICS
8414 GULF VIEW DRIVE
SODDY-DAISY, TN  37379

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** | **Basis for the claim:**
VARIOUS | MRO/SUPPLIES

**Last 4 digits of account number:** | **Is the claim subject to offset?**
| ☒ No
| ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $33.99
| | *Check all that apply.*
HAMMOND-JONES HARDWARE
110 NORTH MAIN STREET
LAFAYETTE, GA  30728

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** | **Basis for the claim:**
VARIOUS | MRO/SUPPLIES

**Last 4 digits of account number:** | **Is the claim subject to offset?**
| ☒ No
| ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $242.70
| | *Check all that apply.*
HARTFIEL AUTOMATION
1400 NORTHBROOK PARKWAY #350
SUWANEE, GA  30024

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** | **Basis for the claim:**
VARIOUS | MRO/SUPPLIES

**Last 4 digits of account number:** | **Is the claim subject to offset?**
| ☒ No
| ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $25,863.12
| | *Check all that apply.*
HIGHLAND PLASTICS, INC.
525 NORTH SECOND STREET
SHEPHERD, MI  48883

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** | **Basis for the claim:**
VARIOUS | RAW MATERIAL

**Last 4 digits of account number:** | **Is the claim subject to offset?**
| ☒ No
| ☐ Yes

---

| Debtor | Unique Fabricating South, Inc. | Case number (if known) | 23-11826 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.41** | **Nonpriority creditor's name and mailing address**

HOLSTON GASES
1105 STUART STREET
CHATTANOOGA, TN 37406

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SERVICE

**Is the claim subject to offset?**
☒ No
☐ Yes

$797.32

---

**3.42** | **Nonpriority creditor's name and mailing address**

IDEAL CLEANING SERVICE
703 MELBA DR.
TRION, GA 30753

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SERVICE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,650.00

---

**3.43** | **Nonpriority creditor's name and mailing address**

IDEALEASE OF CHATTANOOGA
2600 8TH AVENUE
CHATTANOOGA, TN 37407

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SERVICE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,619.45

---

**3.44** | **Nonpriority creditor's name and mailing address**

INDUSTRY PRODUCTS COMPANY
500 WEST STATLER ROAD
PIQUA, OH 45356

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RAW MATERIAL

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,495.37

---

**3.45** | **Nonpriority creditor's name and mailing address**

INNOVATIVE LASER & DESIGN
8 BURNS DRIVE
LAFAYETTE, GA 30728

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MRO/SUPPLIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$181.00

| Debtor | Unique Fabricating South, Inc. | Case number (if known) | 23-11826 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.46** | **Nonpriority creditor's name and mailing address**

JAMES E. WATSON & COMPANY
29 DORAN AVENUE SE
MARIETTA, GA  30060

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MRO/SUPPLIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,688.00

---

**3.47** | **Nonpriority creditor's name and mailing address**

JAMISON STEEL RULE DIE
P O BOX 447
MURFREESBORO, TN  37133

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TOOLING

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,080.00

---

**3.48** | **Nonpriority creditor's name and mailing address**

JAY-CEE SALES & RIVET, INCORPORATED
32861 CHESLEY DRIVE
FARMINGTON, MI  48336

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RAW MATERIAL

**Is the claim subject to offset?**
☒ No
☐ Yes

$23,448.33

---

**3.49** | **Nonpriority creditor's name and mailing address**

JOHNSON STEEL RULE DIE
2600 WEST WASHINGTON BLVD.
BELLWOOD, IL  60104

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TOOLING

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,600.00

---

**3.50** | **Nonpriority creditor's name and mailing address**

KENDALL ELECTRIC INCORPORATED
1020 SOUTH HAMILTON STREET
DALTON, GA  30720

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MRO/SUPPLIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,706.86

---

| Debtor | Unique Fabricating South, Inc. | | Case number (if known) | 23-11826 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.51** **Nonpriority creditor's name and mailing address**

KENT MANUFACTURING CO
2200 OAK INDUSTRIAL DRIVE N.E.
GRAND RAPIDS, MI 49505

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RAW MATERIAL

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,720.70

---

**3.52** **Nonpriority creditor's name and mailing address**

KING DOOR COMPANY
1802 ABUTMENT ROAD
DALTON, GA 30721

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MRO/SUPPLIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,170.00

---

**3.53** **Nonpriority creditor's name and mailing address**

KNAUF INSULATION INCORPORATE
ONE KNAUF DRIVE
SHELBYVILLE, IN, IN 46176

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RAW MATERIAL

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,044.62

---

**3.54** **Nonpriority creditor's name and mailing address**

L&L PRODUCTS
1025 TECHNOLOGY DRIVE
WEST COLUMBIA, SC 29170

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RAW MATERIAL

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,295.17

---

**3.55** **Nonpriority creditor's name and mailing address**

LEWCO, INCORPORATED
706 LANE STREET
SANDUSKY, OH 44870

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MRO/SUPPLIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,100.60

---

| Debtor | Unique Fabricating South, Inc. | Case number (if known) 23-11826 |
|---|---|---|
| | (Name) | |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.56 Nonpriority creditor's name and mailing address**

LINC SYSTEMS, INCORPORATED
P.O. BOX 7086
INDIANAPOLIS, IN 46207

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RAW MATERIAL

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,227.09

**3.57 Nonpriority creditor's name and mailing address**

LITE GAUGE METALS INCORPORATE
1195 MOORE ROAD
AVON, OH 44011

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RAW MATERIAL

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,144.39

**3.58 Nonpriority creditor's name and mailing address**

LOGEX. LLC
28003 CENTER OAKS CT #101
WIXOM, MI 48393

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CARRIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,058.58

**3.59 Nonpriority creditor's name and mailing address**

LOOKOUT PEST CONTROL, INCORPORATED
P.O. BOX 5408
FT. OGLETHORPE, GA 30742

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SERVICE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,870.00

**3.60 Nonpriority creditor's name and mailing address**

MARK ANDY, INCORPORATED
18081 CHESTERFIELD AIRPORT ROAD
CHESTERFIELD, MO 63006

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MRO/SUPPLIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$330.68

| Debtor | Unique Fabricating South, Inc. | Case number (if known) | 23-11826 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.61 | **Nonpriority creditor's name and mailing address**<br><br>MCMASTER-CARR SUPPLY COMPANY<br>200 AURORA INDUSTRIAL PKWY<br>AURORA, OH  44202<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MRO/SUPPLIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,250.20 |
|---|---|---|---|
| 3.62 | **Nonpriority creditor's name and mailing address**<br><br>MERGON CORPORATION<br>5350 OLD PEARMAN DAIRY ROAD<br>ANDERSON, SC  29625<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MRO/SUPPLIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $52,955.27 |
| 3.63 | **Nonpriority creditor's name and mailing address**<br><br>METRO SERVICES, INCORPORATED<br>4470 PINNACLE LANE<br>CHATTANOOGA, TN  37415<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MRO/SUPPLIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,232.43 |
| 3.64 | **Nonpriority creditor's name and mailing address**<br><br>MIDWEST INDUSTRIAL RUBBER, INC.<br>1758 ANTHONY ROAD<br>BURLINGTON, NC  27215-8980<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MRO/SUPPLIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $22,310.24 |
| 3.65 | **Nonpriority creditor's name and mailing address**<br><br>MILLWOOD, INCORPORATED<br>3708 INTERNATIONAL BOULEVARD<br>VIENNA, OH  44473<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SHIPPING MATERIAL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,037.50 |

| Debtor | Unique Fabricating South, Inc. | Case number (if known) | 23-11826 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.66 | **Nonpriority creditor's name and mailing address**<br><br>MITCHELL'S PLUMBING<br>206 NORTH DUKE STREET<br>LAFAYETTE, GA  30728<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SERVICE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,000.00 |
|---|---|---|---|
| 3.67 | **Nonpriority creditor's name and mailing address**<br><br>NORTH GEORGIA EMC<br>SEDC PO BOX 530812<br>ACCT #34755702<br>ATLANTA, GA  30353-0812<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UTILITIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $26,234.87 |
| 3.68 | **Nonpriority creditor's name and mailing address**<br><br>PACKAGING CORPORATION OF AMERICA<br>9575 COMMISSION DRIVE<br>MASCOT, TN  37806<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SHIPPING MATERIAL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $808.75 |
| 3.69 | **Nonpriority creditor's name and mailing address**<br><br>PACKAGING PRODUCTS INCORPORATED<br>13101 ECKLES RD, BLDG 3<br>PLYMOUTH, MI  48170<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RAW MATERIAL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $16,150.40 |
| 3.70 | **Nonpriority creditor's name and mailing address**<br><br>PALZIV NORTH AMERICA<br>7966 NC 56 HWY<br>LOUISBURG, NC  27549<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RAW MATERIAL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $25,214.15 |

| Debtor | Unique Fabricating South, Inc. | Case number (if known) | 23-11826 |
| | (Name) | | |

| **Part 2:** | Additional Page | |

| | | Amount of claim |
|---|---|---|

**3.71**

**Nonpriority creditor's name and mailing address**

PAPERPACK, INCORPORATED
605 TURNER CHAPEL ROAD SE
ROME, GA  30161

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MRO/SUPPLIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,997.83

---

**3.72**

**Nonpriority creditor's name and mailing address**

PREMIER PATTERN & MACHINE INCORPORATED
99 WOODBURN ROAD
FLINTSTONE, GA  30725

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MRO/SUPPLIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$485.40

---

**3.73**

**Nonpriority creditor's name and mailing address**

PURCHASE POWER
P.O. BOX 371874
PITTSBURGH, PA  15250-7874

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MRO/SUPPLIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$32.63

---

**3.74**

**Nonpriority creditor's name and mailing address**

QUALITY MACHINE & FABRICATION
1554 US-27
LAFAYETTE, GA  30728

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MRO/SUPPLIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,320.00

---

**3.75**

**Nonpriority creditor's name and mailing address**

RADWELL INTERNATIONAL
2780 PETERSON PL NW
NORCROSS, GA  30071

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MRO/SUPPLIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$335.88

| Debtor | Unique Fabricating South, Inc. | Case number (if known) | 23-11826 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---:|

**3.76** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $22,511.79

REPUBLIC SERVICES
2017 NORTH FARES AVENUE
EVANSVILLE, IN 47711

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
SERVICE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.77** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $200.00

ROGERS & BROWN CUSTOM BROKERS, INCORPORATED
2 CUMBERLAND STREET
CHARLESTON, SC 29401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
CARRIER

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.78** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $1,435.00

ROSENTHAL MANUFACTURING COMPANY INCORPORATED
1840 JANKE DRIVE
NORTHBROOK, IL 60062

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
MRO/SUPPLIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.79** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $6,263.56

RS AMERICAS, INC.
7151 JACK NEWELL BLVD SOUTH
FORT WORTH, TX 76118

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
MRO/SUPPLIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.80** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $5,145.55

SAFETY-KLEEN SYSTEMS
4130 SOUTH CREEK ROAD
CHATTANOOGA, TN 37406

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
MRO/SUPPLIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Unique Fabricating South, Inc. | Case number (if known) | 23-11826 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.81** | **Nonpriority creditor's name and mailing address**

SEKISUI PRODUCTS, INC.
50 W BIG BEAVER RD #145
TROY, MI  48084

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RAW MATERIAL

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,900.04

---

**3.82** | **Nonpriority creditor's name and mailing address**

SEKISUI VOLTEK
17 ALLEN AVENUE
COLDWATER, MI  49036

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RAW MATERIAL

**Is the claim subject to offset?**
☒ No
☐ Yes

$92,546.96

---

**3.83** | **Nonpriority creditor's name and mailing address**

SHAPE PROCESS AUTOMATION
PO BOX 74008215
CHICAGO, IL  60674-8215

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SERVICE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,171.78

---

**3.84** | **Nonpriority creditor's name and mailing address**

SHERWOOD INDUSTRIES
7800 NORTH MERRIMAC AVENUE
NILES, IL  60714

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RAW MATERIAL

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,385.04

---

**3.85** | **Nonpriority creditor's name and mailing address**

SITOLA CUT TECHNOLOGIES
345 ROUTE 17 SOUTH
UPPER SADDLE RIVER, NJ  07458

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MRO/SUPPLIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,198.43

---

| Debtor | Unique Fabricating South, Inc. | Case number (if known) | 23-11826 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.86** | **Nonpriority creditor's name and mailing address**

SOUTHERN FLUID
4816 BONNY OAKS DRIVE
CHATTANOOGA, TN  37416

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MRO/SUPPLIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$202.52

---

**3.87** | **Nonpriority creditor's name and mailing address**

SOUTHERN REFRACTORY SALES
929 FALCONCREST DRIVE
LAWRENCEVILLE, GA  30043

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RAW MATERIAL

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,770.29

---

**3.88** | **Nonpriority creditor's name and mailing address**

STRATOSPHERE QUALITY, LLC
12024 EXIT FIVE PARKWAY
FISHERS, IN  46037

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MRO/SUPPLIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,505.29

---

**3.89** | **Nonpriority creditor's name and mailing address**

SUNSET TRANSPORTATION
10877 WATSON RD.
ST, LOUIS, MO  63127

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CARRIER

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,300.00

---

**3.90** | **Nonpriority creditor's name and mailing address**

SUPERIOR FELT & FILTRATION, LLC
P.O. BOX 7232
CAROL STREAM, IL  60197-7232

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RAW MATERIAL

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,010.32

| Debtor | Unique Fabricating South, Inc. | Case number (if known) 23-11826 |
| | (Name) | |

| **Part 2:** | Additional Page |

| | | Amount of claim |
| --- | --- | --- |

| 3.91 | **Nonpriority creditor's name and mailing address**<br><br>TECHNICOTE, INC.<br>222 MOUND AVENUE<br>MIAMISBURG, OH  45342<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RAW MATERIAL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $217.03 |
| 3.92 | **Nonpriority creditor's name and mailing address**<br><br>TEKRA, LLC<br>16700 WEST LINCOLN AVENUE<br>NW BERLIN, WI  53151<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MRO/SUPPLIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,126.40 |
| 3.93 | **Nonpriority creditor's name and mailing address**<br><br>TEOMA SYSTEMS<br>560 KIRTS BOULEVARD<br>SUITE 120<br>TROY, MI  48084<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SERVICE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,504.90 |
| 3.94 | **Nonpriority creditor's name and mailing address**<br><br>TESA TAPE INCORPORATED<br>2945 WALKENT COURT NW<br>GRAND RAPIDS, MI  49544<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RAW MATERIAL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $11,502.26 |
| 3.95 | **Nonpriority creditor's name and mailing address**<br><br>THERMOFORMER PARTS SUPPLIERS<br>3818 TERRY DIANE<br>BEAVERTON, MI  48612<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MRO/SUPPLIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $275.54 |

| Debtor | Unique Fabricating South, Inc. | Case number (if known) | 23-11826 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $2,200.39 |
|---|---|---|---|
| | TOOLING TECHNOLOGY, LLC <br> 100 ENTERPRISE DRIVE <br> FORT LORAMIE, OH  45845 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date or dates debt was incurred** <br> VARIOUS | **Basis for the claim:** <br> TOOLING | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $1,390.40 |
|---|---|---|---|
| | TOYOTA MATERIAL HANDLING SOUTH <br> 2100 RIVERSIDE DR - BLDG 3 <br> CHATTANOOGA, TN  37406 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date or dates debt was incurred** <br> VARIOUS | **Basis for the claim:** <br> SERVICE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $51,366.78 |
|---|---|---|---|
| | TROCELLEN GMBH <br> MUELHEIMER STRASSE 26 <br> 53840 TROISDORF  D-53840 <br> GERMANY | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date or dates debt was incurred** <br> VARIOUS | **Basis for the claim:** <br> RAW MATERIAL | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| 3.99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $5,256.71 |
|---|---|---|---|
| | TTARP COMPANY <br> 338 SCAJAQUADA STREET <br> BUFFALO, NY  14211 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date or dates debt was incurred** <br> VARIOUS | **Basis for the claim:** <br> MRO/SUPPLIES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| 3.100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $1,863.87 |
|---|---|---|---|
| | U.S. CUSTOMS AND BORDER PROTECTION <br> 146 W PHILLIPS RD STE A <br> GREER, SC  29650 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date or dates debt was incurred** <br> VARIOUS | **Basis for the claim:** <br> SERVICE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | Unique Fabricating South, Inc. | Case number (if known) | 23-11826 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | | |
| --- | --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.101 | **Nonpriority creditor's name and mailing address**<br><br>ULINE<br>PO BOX 88741<br>CHICAGO, IL  60680-1741<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MRO/SUPPLIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,675.05 |
| 3.102 | **Nonpriority creditor's name and mailing address**<br><br>UNIFIRST CORPORATION<br>6610 FAIRFIELD DRIVE<br>NORTHWOOD, OH  43619<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SERVICE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $293.40 |
| 3.103 | **Nonpriority creditor's name and mailing address**<br><br>UNIQUE DE MEXICO-QUERETARO<br>ACCESO III #96 INT 46<br>ZONA IND BENITO JUAREZ PARQUE VIE VERTE<br>QUERETARO, QRO  76120<br>MEXICO<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>INTERCOMPANY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $315,295.23 |
| 3.104 | **Nonpriority creditor's name and mailing address**<br><br>UNIQUE FABRICATING DE MEXICO<br>HIPERION 901<br>COL. KALOS GUADELUPE, NL  67205<br>MEXICO<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>INTERCOMPANY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $181,780.05 |
| 3.105 | **Nonpriority creditor's name and mailing address**<br><br>UNIQUE FABRICATING, INCORPORATED<br>800 STANDARD PARKWAY<br>AUBURN HILLS, MI  48326<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>INTERCOMPANY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $492,453.45 |

| Debtor | Unique Fabricating South, Inc. | Case number (if known) | 23-11826 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.106 | **Nonpriority creditor's name and mailing address**<br><br>UNIQUE INTASCO CANADA<br>510 MCGREGOR AVENUE<br>LONDON, ON  N6J 2S9<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>INTERCOMPANY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,412.01 |
|---|---|---|---|
| 3.107 | **Nonpriority creditor's name and mailing address**<br><br>UNIQUE MOLDED FOAM TECHNOLOGIES<br>13221 ALLMAN ROAD<br>CONCORD, MI  49237<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>INTERCOMPANY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $255.60 |
| 3.108 | **Nonpriority creditor's name and mailing address**<br><br>UNIQUE PRESCOTECH LOUISVILLE<br>1001 WEST OAK STREET<br>LOUISVILLE, KY  40210<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>INTERCOMPANY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $30,927.71 |
| 3.109 | **Nonpriority creditor's name and mailing address**<br><br>UNITED FOAM MANUFACTURERS, LIMITED PARTNERSHIP<br>H-9200 MOSONMAGYAROVAR<br>ALKOTMANY U 13<br>HUNGARY<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RAW MATERIAL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $25,385.15 |
| 3.110 | **Nonpriority creditor's name and mailing address**<br><br>VISUAL RESOURCES LLC<br>2734 SOUTH 9TH STREET<br>KALAMAZOO, MI  49009<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SERVICE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $597.33 |

| Debtor | Unique Fabricating South, Inc. | Case number (if known) | 23-11826 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $149,423.04 |
|---|---|---|---|

| | WALKER COUNTY TAX COMMISSIONER<br>PO BOX 510<br>ROCK SPRING, GA  30739-0510 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|---|

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SERVICE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,284.60 |

WALTER A WOOD SUPPLY COMPANY
4509 ROSSVILLE BOULEVARD
CHATTANOOGA, TN  37407

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
MRO/SUPPLIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $98,824.50 |

WM T. BURNETT & COMPANY
PO BOX 79391
BALTIMORE, MD  21279-0391

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
RAW MATERIAL

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $61,168.10 |

WOLFF SALES INCORPORATED
16645 BARRYKNOLL WAY
GRANGER, IN  46530

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
RAW MATERIAL

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $957.14 |

WPIE SUPPLY
613 SOUTH MAIN STREET
LAFAYETTE, GA  30728

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
MRO/SUPPLIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Unique Fabricating South, Inc. | Case number (if known) | 23-11826 |
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|
| 3.116 | **Nonpriority creditor's name and mailing address**<br><br>XPO LOGISTICS<br>29559 NETWORK PLACE<br>CHICAGO, IL  60673-1559<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CARRIER<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12,541.75 |
| 3.117 | **Nonpriority creditor's name and mailing address**<br><br>ZED INDUSTRIES<br>3580 LIGHTNER ROAD<br>VANDALIA, OH  45377<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MRO/SUPPLIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $205.04 |
| 3.118 | **Nonpriority creditor's name and mailing address**<br><br>ZORO<br>909 ASBURY DRIVE<br> BUFFALO GROVE, IL  60089<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MRO/SUPPLIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $47.14 |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.    Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a.** | Total claims from Part 1 | **5a.** $25,476.18 |
| **5b.** | Total claims from Part 2 | **5b.** + $2,333,856.53 |
| **5c.** | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | **5c.** $2,359,332.71 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Unique Fabricating South, Inc. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 23-11826 |

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1.**  **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules . There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2.** | **List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICY:  COMMERCIAL INLAND MARINE INSURANCE POLICY, POLICY NO. ACP CIMP 3110117278 | ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY PO BOX 182079 COLUMBUS, OH  43218-2079 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICY:  BUSINESS AUTO INSURANCE POLICY, POLICY NO. ACP BAA 3110117278 | AMCO INSURANCE COMPANY 1100 LOCUST STREET DES MOINES, IA  50391 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICY:  COMMERCIAL PROPERTY INSURANCE POLICY, POLICY NO. ACP COPA 3110117278 | AMCO INSURANCE COMPANY 1100 LOCUST STREET DES MOINES, IA  50391 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICY:  STANDARD WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY, MICHIGAN, POLICY NO. ACP WCA 31 1 0117278 | AMCO INSURANCE COMPANY 1100 LOCUST STREET DES MOINES, IA  50391 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    Unique Fabricating South, Inc.

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LEASE AGREEMENT: COPY MACHINE | CANON FINANCIAL SERVICES, INC. 14904 COLLECTIONS CENTER DRIVE CHICAGO, IL  60693 |
| | State the term remaining | 4/3/2026 | |
| | List the contract number of any government contract | | |
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LEASE AGREEMENT: COPY MACHINE | CANON FINANCIAL SERVICES, INC. 14904 COLLECTIONS CENTER DRIVE CHICAGO, IL  60693 |
| | State the term remaining | 7/22/2024 | |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LEASE AGREEMENT: AGENIE AERIAL WORK PLATFORM | DE LAGE LANDEN FINANCIAL SERVICES, INC. 1111 OLD EAGLE SCHOOL ROAD WAYNE, PA  19087 |
| | State the term remaining | 8/31/2024 | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICY:  COMMERCIAL GENERAL LIABILITY INSURANCE POLICY, POLICY NO. ACP GLDO 3110117278 | DEPOSITORS INSURANCE COMPANY PO BOX 182079 COLUMBUS, OH  43218-2079 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICY:  STANDARD WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY, GEORGIA AND KENTUCKY, POLICY NO. ACP WCD 31 1 0117278 | NATIONWIDE INSURANCE / DEPOSITORS INSURANCE COMPANY PO BOX 182079 COLUMBUS, OH  43218-2079 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LEASE AGREEMENT: COMPACTOR | REPUBLIC SERVICES 18500 NORTH ALLIED WAY PHEONIX, AZ  85054 |
| | State the term remaining | 3/1/2025 | |
| | List the contract number of any government contract | | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor | Unique Fabricating South, Inc. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 23-11826 |

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors                                               12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**
    ☐ No.  Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
    ☒ Yes.

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.1 | UNIQUE FABRICATING NA, INC. - GUARANTOR | 800 STANDARD PARKWAY AUBURN HILLS, MI 48326 | CITIZENS BANK, NATIONAL ASSOCIATION, AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.2 | UNIQUE FABRICATING REALTY, LLC - GUARANTOR | 800 STANDARD PARKWAY AUBURN HILLS, MI 48326 | CITIZENS BANK, NATIONAL ASSOCIATION, AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.3 | UNIQUE FABRICATING, INC. - GUARANTOR | 800 STANDARD PARKWAY AUBURN HILLS, MI 48326 | CITIZENS BANK, NATIONAL ASSOCIATION, AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.4 | UNIQUE MOLDED FOAM TECHNOLOGIES, INC. - GUARANTOR | 800 STANDARD PARKWAY AUBURN HILLS, MI 48326 | CITIZENS BANK, NATIONAL ASSOCIATION, AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.5 | UNIQUE PRESCOTECH, INC. - GUARANTOR | 800 STANDARD PARKWAY AUBURN HILLS, MI 48326 | CITIZENS BANK, NATIONAL ASSOCIATION, AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.6 | UNIQUE-CHARDAN, INC. - GUARANTOR | 800 STANDARD PARKWAY AUBURN HILLS, MI 48326 | CITIZENS BANK, NATIONAL ASSOCIATION, AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.7 | UNIQUE-INTASCO USA, INC. - GUARANTOR | 800 STANDARD PARKWAY AUBURN HILLS, MI 48326 | CITIZENS BANK, NATIONAL ASSOCIATION, AGENT | ☒ D<br>☐ E/F<br>☐ G |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>Unique Fabricating South, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>District of Delaware</td></tr>
<tr><td>Case number<br>(if known)</td><td>23-11826</td></tr>
</table>

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Delcaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/22/2023
          MM / DD / YYYY

✘ /s/ Brian P. Loftus
_____
Signature of individual signing on behalf of debtor

Brian P. Loftus
_____
Printed name

Designated Representative
_____
Position or relationship to debtor